UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE E. BRAUN, JR. and ELLEN C. BRAUN, Plaintiff,

Plaintiffs,

-v-

JAMESTOWN BOAT YARD, INC.,

Defendant.

Case No. 08 CIV 6103 (BSJ)

**Rule 7.1 Statement**

ECF CASE

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

GEORGE E. BRAUN, JR. and ELLEN C. BRAUN    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: June 16, 2008

Signature of Attorney

Attorney Bar Code: S.T. 3786