UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
:                                    ORDER OF REFERENCE
:                                    TO A MAGISTRATE JUDGE
Plaintiff,    George E. Braun, Jr., et al         :
:                                    08CV6103    ( BSJ ) ( KNF )
-v-                                        :
:
:
Defendant.   Jamestown Boat Yard, Inc.   :
:
:
:
x
------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ☐ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
|   |                                                  | ☐ | Habeas Corpus |
|   | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ☐ | Social Security |
| ☐ | Settlement* | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ |
| ☐ | Inquest After Default/Damages Hearing |   | All such motions: _____ |

*Do not check if already referred for general pretrial.

Dated  July 16, 2008

SO ORDERED:

_____
United States District Judge

7/16/08