PD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

GEORGE E. BRAUN, JR. and ELLEN C. BRAUN
Plaintiffs

V.

JAMESTOWN BOAT YARD, INC.,
Defendant

**SUMMONS IN A CIVIL ACTION**

'08 CIV 6103 (BSJ)

CASE NUMBER:

ECF CASE

TO: (Name and address of Defendant)

Jamestown Boat Yard, Inc.
60 Racquet Road
Jamestown, RI 02835

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Law Office of Donald T. Rave
11 The Plaza
Locust Valley, New York 11560
516-671-1295

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

JUL 02 2008

DATE

(By) DEPUTY CLERK

Case 1:08-cv-06103-BSJ-KNF    Document 4    Filed 08/06/2008    Page 2 of 3

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

‖631884‖

# AFFIDAVIT OF SERVICE

COURT: U.S. DISTRICT COURT, SOUTHERN DIST.  
COUNTY: NEW YORK  
INDEX NO: 6103/08  
EPS NO: 604654

GEORGE E. BRAUN, JR & ELLEN C. BRAUN

Plaintiff(s)

- vs. -

JAMESTOWN BOAT YARD, INC.

Defendant(s)

State of Rhode Island, County of Newport ss.:

being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action, that on 7/24/08 at approximately 15:46 at 60 RACQUET RD, JAMESTOWN, RI 02835 deponent served the 10 DAY NOTICE OF CANCELLATION OF LEASE annexed on JAMESTOWN BOAT YARD, INC., in the following manner:

☐ Individual — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

☒ Corporation — By delivering and leaving with Clemar Napolitano (Manager) who stated ☒ he ☐ she was authorized to accept on behalf of said corporation.

☐ Responsible Person — By delivering and leaving with _____ a true copy thereof. Said premises being the person of suitable age and discretion. [ ] dwelling place [ ] usual place of abode [ ] place of business within the State of New York.

☐ Affixing to Door — By affixing a true copy thereof to the door of said premises, which is recipients: [ ] dwelling place [ ] usual place of abode [ ] place of business within the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

☐ Mail — A true copy thereof was also deposited on _____ in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

☐ Description —
| | | | | |
|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☒ Brown Skin | ☒ Gray Hair | ☒ 51-65 Yrs. | ☒ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 Yrs. | ☒ Over 6' | ☐ Over 200 Lbs. |

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States. At time of service the index number and date of filing were on the 10 DAY NOTICE OF CANCELLATION OF LEASE

Sworn to before me on 7-24-08

_Mulli C._   Server

Sh: 47352
Shirley Caires    NP

Elite Process Servers, Inc. * 88-08 Little Neck Parkway, Floral Park, NY 11001

®AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/24/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michael Caires | Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   *Clemr Nepolitano*

   Name of person with whom the summons and complaint were left: 6'3"

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/24/08         *Michael Caires*
              Date              Signature of Server

              PO Box 744 Coventry, RI 02816
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.